## CULPEPPER *v.* OCHELTREE.

CERTIORARI TO THE SUPREME COURT OF THE STATE OF CALIFORNIA.

No. 292. Argued April 26, 27, 1921.—Decided June 1, 1921.

Decided upon the authority of *McLaren* v. *Fleischer, ante,* 477. 181 California, 788, affirmed.

THE case is stated in the opinion.

*Mr. Samuel Herrick,* with whom *Mr. Henry M. Willis* was on the brief, for petitioner.

*Mr. Patrick H. Loughran* for respondent.

MR. JUSTICE VAN DEVANTER delivered the opinion of the court.

This case is in all material respects like *McLaren* v. *Fleischer, ante,* 477. It was decided in the same way by the state courts and was argued with that case here. Therefore the opinion in that will suffice to dispose of this.

*Judgment affirmed.*